**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br> Aura Financial Corporation <br> Debtor. | Case No. 21-10016 (BLS) <br> Chapter 7 <br> **Related Doc. No. 26** |
| In re: <br> Aura Equity Holdings LLC <br> Debtor. | Case No. 21-10017 (BLS) <br> Chapter 7 <br> **Related Doc. No. 25** |
| In re: <br> Insikt Acquisition LLC <br> Debtor. | Case No. 21-10018 (BLS) <br> Chapter 7 <br> **Related Doc. No. 25** |
| In re: <br> Insikt Servicing LLC <br> Debtor. | Case No. 21-10019 (BLS) <br> Chapter 7 <br> **Related Doc. No. 25** |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO
BANKRUPTCY CODE SECTIONS 327(A) AND 328(A), BANKRUPTCY RULES 2014(A)
AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN
GIULIANO, MILLER & COMPANY, LLC AS ACCOUNTANTS AND FINANCIAL
ADVISORS TO CHAPTER 7 TRUSTEE NUNC PRO TUNC TO JANUARY 10, 2021**

I, John T. Carroll, III, proposed counsel to Alfred T. Giuliano, chapter 7 trustee in the above matter, the ("Trustee"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as

Accountants and Financial Advisors to Chapter 7 Trustee Nunc Pro Tunc to January 10, 2021 [Filed 2/9/2021; Docket Nos. 26, 25, 25, 25] (the "Application").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than March 2, 2020 at 4:00 p.m.

It is hereby respectfully requested that the proposed Order as originally filed with the Application be entered at the earliest convenience of the Court.

Dated:  March 12, 2021

COZEN O'CONNOR

*/s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2028
Facsimile:    (302) 295-2013
jcarroll@cozen.com

*Proposed Counsel to the Chapter 7 Trustee, Alfred T. Giuliano*