# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> Aura Financial Corporation <br> Debtor. | Case No. 21-10016 (BLS) <br> Chapter 7 <br> Related Doc. No. 26 |
| In re: <br> Aura Equity Holdings LLC <br> Debtor. | Case No. 21-10017 (BLS) <br> Chapter 7 <br> Related Doc. No. 25 |
| In re: <br> Insikt Acquisition LLC <br> Debtor. | Case No. 21-10018 (BLS) <br> Chapter 7 <br> Related Doc. No. 25 |
| In re: <br> Insikt Servicing LLC <br> Debtor. | Case No. 21-10019 (BLS) <br> Chapter 7 <br> Related Doc. No. 25 |

**ORDER GRANTING APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(A) AND 328(a), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN GIULIANO, MILLER & COMPANY, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS TO CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO JANUARY 10, 2021**

Upon consideration of the Application (the "Application")[1] of Alfred T. Giuliano, the chapter 7 trustee (the "Chapter 7 Trustee") pursuant to sections 327(a) and 328(a) of the Bankruptcy Code for authority to employ and retain Giuliano, Miller & Company, LLC ("GMC") as accountants and financial advisors to the Trustee, *nunc pro tunc* to January 10, 2021; the Court having reviewed the Application, and the Declaration of Donna Miller; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) based on the information available to GMC to date and the disclosures GMC has made to date, GMC neither has nor represents any interest materially adverse to the interests of the Debtors' estates, any other parties in interest, or in connection with the Debtors' cases; (d) the Court having determined that GMC is a "disinterested person" pursuant to § 101(14) of the Bankruptcy Code; and (e) the Court having determined that the legal and factual bases set forth in the Application and the Declaration establish just cause for the relief granted herein; and it appearing to the Court that the said Application should be approved, it is HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Chapter 7 Trustee is hereby authorized to retain and employ GMC as accountants and financial advisors pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, *nunc pro tunc* to January 10, 2021, as set forth herein.

3. GMC shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of the Court.

4. GMC is authorized to render professional services to the Chapter 7 Trustee as described in the Application.

5. GMC shall not be compensated for performing any duties that are Chapter 7 duties under the Bankruptcy Code.

6. GMC shall provide notice to the Court of any adjustments of its hourly rates, and shall serve such notice upon the U.S. Trustee, the Debtors, and the Chapter 7 Trustee.

7. The Chapter 7 Trustee and GMC are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: March 15th, 2021**  
**Wilmington, Delaware**

BRENDAN L. SHANNON  
**UNITED STATES BANKRUPTCY JUDGE**

\50880257\1 00600.9698.000/512790.000
03/15/2021