IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AURA FINANCIAL CORPORATION, | Case No. 21-10016 (BLS) |
| Debtor. | |

**PROOF OF INTEREST
OF SERENGETI LYCAON PARTNERS LP**

**I.    NOTICES RESPECTING THIS PROOF OF INTEREST**

All notices must be served upon the following persons (the "**Notice Parties**"):

*Serengeti Asset Management*
Attn: A.J. Martinez, General Counsel
632 Broadway, Suite 901
New York, NY 10012
Email:         ajmartinez@serengeti-am.com

~and~

William E. Chipman, Jr., Esquire
*Chipman Brown Cicero & Cole, LLP*
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:         chipman@chipmanbrown.com

**II.   NATURE AND DETAIL OF INTEREST**

On January 9, 2021 (the "**Petition Date**"), Aura Financial Corporation ("**Aura Financial**"), together with certain affiliates (collectively, the "**Debtors**") filed voluntary petitions for relief under Chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"). On January 11, 2021, the Debtors filed amended petitions.

Prior to the Petition Date, Aura Financial, formerly doing business as "Insikt, Inc.", issued certain preferred stock to Serengeti Lycaon Partners LP ("**Claimant**"). Claimant hereby submits this proof of interest (the "**Proof of Interest**") in connection with the following equity shares held by Claimant:

1. Stock certificate number PA-26, representing 200,000 shares of the Debtor's Series A Preferred Stock;

2. Stock certificate number PA-2, representing 400,000 shares of the Debtor's Series A Preferred Stock;

3. Stock certificate number PB-6, representing 266,667 shares of the Debtors Series B Preferred Stock; and

4. Stock certificate number PD-8, representing 385,391 shares of the Debtors Series D Preferred Stock

### III.  **RESERVATION OF RIGHTS**

Claimant is currently investigating the elements of the interests asserted herein and this Proof of Interest is being filed, in part, as a protective proof of interest, and is filed to protect Claimant from the potential forfeiture of any and all rights against the Debtors.  The filing of this Proof of Interest shall not constitute: (a) a waiver or release by Claimant of the rights or remedies of Claimant against the Debtors or any other person or property; (b) a waiver by Claimant to contest the jurisdiction of this Court with respect to the subject matter of the claims asserted in this Proof of Interest, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving Claimant; (c) a waiver of the right to move to withdraw the jurisdictional reference, or otherwise to challenge the jurisdiction of this Court; (d) a waiver or relinquishment of rights with respect to the automatic stay that currently is in force and effect in the chapter 7 case of Claimant pursuant to section 362 of the Bankruptcy Code; (e) a waiver of the right to assert a different or enhanced classification or priority in respect of the claims asserted herein; or (f) an election of remedies or choice of law.

Claimant reserves the right to amend and/or supplement this Proof of Interest at any time and in any manner and to file proofs of interest or proofs of claim for additional claims which may be based on the respective rights and obligations arising under the relationship described herein or the same events and circumstances described herein.  In addition, Claimant reserves the right to attach or bring forth additional documentation supporting its interests or claims and additional documents that may become available after further investigation and discovery.

Dated:  March 29, 2021          **SERENGETI LYCAON PARTNERS LP**

_____
By: A.J. Martinez
Title: Director